UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAYMOND POUNCEY and<br>MELISSA POUNCEY | :<br>:<br>: |
| VS. | : CIVIL ACTION NO. |
| KEYBANK NATIONAL ASSOCIATION | :<br>: SEPTEMBER 3, 2019 |

## **COMPLAINT**

<u>COUNT ONE</u>

    1. This is an action for brought by two citizens and residents of the State of Connecticut against a corporate citizen and resident of the State of Ohio. The amount in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

    2. Jurisdiction of this court is invoked under the provisions of Title 28, Section 1332, of the United States Code.

    3. The plaintiffs are adult citizens and residents of Killingworth, Connecticut, where they reside in their home at 11 Sherwood Forest Lane.

    4. The defendant is an interstate banking corporation headquartered in Cleveland, Ohio, and resulting from the merger of an Ohio banking corporation and a New York banking corporation in 1994. On July 29, 2016, it acquired First

Niagara Bank and with it the mortgage loan which is the subject of this litigation. It maintains banking offices in New Haven, Connecticut, which formerly were known as First Niagara Bank and previously as New Alliance Bank and New Haven Savings Bank.

5. At all times mentioned herein, the defendant was engaged in trade and commerce in the State of Connecticut within the meaning of Section 42-110a of the Connecticut General Statutes.

6. On July 10, 2007, the plaintiffs entered into a mortgage on their aforesaid home, backed by a mortgage note, with New Alliance Bank in the principal amount of $455,000.

7. On April 26, May 6, and May 9, 2013, the plaintiffs and First Niagara Bank entered into a written loan modification agreement by the express terms of which the plaintiffs agreed to pay, and the defendant agreed to accept, a modified monthly payment on the aforesaid mortgage note in the total amount of $3,125.15.

8. The plaintiffs complied with the terms of the aforesaid loan modification agreement.

9. Thereafter, in a continuous course of conduct which has continued on a monthly basis up to and including August 16, 2019, the defendant has falsely, wrongfully, and maliciously claimed that the plaintiffs were obliged to make

monthly payments substantially greater than $3,125.15 and that because they have not done so they are in default of their financial obligation to the defendant.

10. The defendant has published the aforesaid false allegation to numerous third parties throughout the United States and in the State of Connecticut.

11. As a result, the plaintiffs have suffered humiliation, embarrassment, ascertainable economic loss, and emotional distress.

12. In the manner described above, the defendant engaged in unfair and deceptive acts and practices in trade and commerce within the meaning of Section 42-110b of the Connecticut General Statutes.

WHEREFORE the plaintiffs claim judgment against the defendant pursuant to Section 42-110g of the Connecticut General Statutes for compensatory damages, punitive damages, attorney fees and costs.

COUNT TWO

1. This is an action for brought by two citizens and residents of the State of Connecticut against a corporate citizen and resident of the State of Ohio. The amount in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

2. Jurisdiction of this court is invoked under the provisions of Title 28,

Section 1332, of the United States Code.

3. The plaintiffs are adult citizens and residents of Killingworth, Connecticut, where they reside in their home at 11 Sherwood Forest Lane.

4. The defendant is an interstate banking corporation headquartered in Cleveland, Ohio, and resulting from the merger of an Ohio banking corporation and a New York banking corporation in 1994. On July 29, 2016, it acquired First Niagara Bank and with it the mortgage loan which is the subject of this litigation. It maintains banking offices in New Haven, Connecticut, which formerly were known as First Niagara Bank and previously as New Alliance Bank and New Haven Savings Bank.

5. On July 10, 2007, the plaintiffs entered into a mortgage on their aforesaid home, backed by a mortgage note, with New Alliance Bank in the principal amount of $455,000.

6. On April 26, May 6, and May 9, 2013, the plaintiffs and First Niagara Bank entered into a written loan modification agreement by the express terms of which the plaintiffs agreed to pay, and the defendant agreed to accept, a modified monthly payment on the aforesaid mortgage note in the total amount of $3,125.15.

7. The plaintiffs complied with the terms of the aforesaid loan modification agreement.

8. Thereafter, in a continuous course of conduct which has continued on a monthly basis up to and including August 16, 2019, the defendant has falsely, wrongfully, and maliciously claimed that the plaintiffs were obliged to make monthly payments substantially greater than $3,125.15 and that because they have not done so they are in default of their financial obligation to the defendant.

9. The defendant has published the aforesaid false allegation to numerous third parties throughout the United States and in the State of Connecticut.

10. As a result, the plaintiffs have suffered humiliation, embarrassment, ascertainable economic loss, and emotional distress.

WHEREFORE the plaintiffs claim judgment against the defendant for compensatory and punitive damages for defamation.

COUNT THREE

1 - 10. Paragraphs 1 through 10 of Count Two are made Paragraphs 1 through 10 of Count Three.

WHEREFORE the plaintiffs claim judgment against the defendant for compensatory and punitive damages for fraud.

COUNT FOUR

1 - 10.  Paragraphs 1 through 10 of Count Two are made Paragraphs 1 through 10 of Count Four.

WHEREFORE the plaintiffs claim judgment against the defendant for compensatory damages for fraud.

***The plaintiffs claim trial by jury.***

                       THE PLAINTIFFS

BY:_____/s/_____(ct00215)_____
       JOHN R. WILLIAMS (ct00215)
       51 Elm Street
       New Haven, CT 06510
       203.562.9931
       Fax:  203.776.9494
       jrw@johnrwilliams.com